IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JENNIFER GLOWNER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:20-cv-00076 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILGO BO, LLC, *et al.*, ) | By:   Hon. Thomas T. Cullen |
| ) |         United States District Judge |
| Defendants. ) | |

The court dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The court retains jurisdiction over the enforcement of the parties' settlement agreement.

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 9th day of November, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE